IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRACTION TIRE, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TOTAL QUALITY LOGISTICS, LLC,<br><br>                Defendant. | CIVIL ACTION<br>NO. 19-5150 |

**ORDER**

**AND NOW**, this 9th day of October, 2020, upon consideration of Defendant Total Quality Logistics, LLC's Motion to Dismiss (Doc. No. 14), Plaintiff Traction Tire's Response in Opposition to the Motion (Doc. No. 18), and in accordance with the Opinion of the Court issued on this day, it is **ORDERED** that Defendant Total Quality Logistics, LLC's Motion to Dismiss (Doc. No. 14) is **DENIED**. It is **FURTHER ORDERED** that Defendant Total Quality Logistics, LLC shall file an answer to the Complaint (Doc. No. 1) by October 28, 2020.

                                                      BY THE COURT:

                                                      /s/ Joel H. Slomsky
                                                      JOEL H. SLOMSKY, J.